[No. 6083–1.  Division One.  February 26, 1979.]

THE STATE OF WASHINGTON, *on the Relation of Robert E. Schillberg, Petitioner, v.* EVERETT DISTRICT JUSTICE COURT, ET AL, *Respondents,* ELGIN ELLEDGE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 144387, John E. Rutter, Jr., J., entered October 31, 1977. *Affirmed* by unpublished opinion per James, J., concurred in by Andersen, A.C.J., and Swanson, J.

[No. 6086–1.  Division One.  February 26, 1979.]

THE STATE OF WASHINGTON, *Petitioner, v.* EDGAR AMMON ROWE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82256, Barbara Durham, J., entered December 16, 1977. *Affirmed in part* and *reversed in part* by unpublished opinion per Swanson, J., concurred in by Williams and Ringold, JJ.

[No. 6212–1.  Division One.  February 26, 1979.]

THE STATE OF WASHINGTON, *Respondent, v.* EUGENE NORVILLE HUBBELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 53372, James A. Noe, J., entered January 5, 1978. *Reversed* by unpublished opinion per Dore, J., concurred in by Andersen, A.C.J., and Swanson, J.